IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| BYRON J GENSON, | ) NO.: 16-08131 |
| SHERI L GENSON, | ) |
| | ) CHAPTER 13 |
| Debtors, | ) |
| | ) JUDGE: A. BENJAMIN GOLDGAR |
| | ) |
| | ) |

**NOTICE OF MODIFICATION OF THE AUTOMATIC STAY
DUE TO THE DEBTOR'S FAILURE TO COMPLY WITH COURT ORDER**

PLEASE TAKE NOTICE that the Automatic Stay has been Modified. Relief is hereby granted as requested and U.S. Bank National Association is free to foreclose and pursue its rights on the property commonly known as 1500 Clearwater Drive, Wheeling, IL 60090 pursuant to the terms of the Order entered May 22, 2018 (attached hereto), Debtors having failed to comply with the provisions therein.

SPECIAL NOTICE TO THE TRUSTEE:
The Stay has been Modified, the Claim of this creditor is hereby withdrawn. No further payments should be made pursuant thereto.

**NOTICE OF FILING**

This Notice and the documents referred to therein were sent for filing with the Clerk of the United States Bankruptcy Court.

## **CERTIFICATION**

I, the undersigned, hereby certify that the documents attached hereto are true and correct copies of the original and that the date set forth in the Notice above is true and correct, and further certify that a copy of this notice was served to the addresses attached by electronic notice through ECF or depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Il 60602, on or before 5:00 p.m. on January 09, 2019.

                                              McCalla Raymer Leibert Pierce, LLC

                                              */s/Toni  Townsend*

                                              Toni  Townsend Illinois ARDC# 6289370
                                              1 N. Dearborn Suite 1200
                                              Chicago, IL  60602
                                              (312) 346-9088
                                              (312) 551-4400
                                              File No. BK-008815-18

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## **SERVICE LIST**

| | |
|---|---|
| To Trustee:<br>Marilyn O. Marshall<br>224 South Michigan<br>Suite 800<br>Chicago, IL 60604 | *by Electronic Notice through ECF* |
| To Debtor:<br>Byron J Genson<br>Sheri L Genson<br>1500 Clearwater Drive<br>Wheeling, IL 60090 | *Served via U.S. Mail* |
| To Attorney:<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RE: Byron J Genson,<br>Sheri L Genson | ) <br> ) | CASE NO. 16-08131<br>Judge A. Benjamin Goldgar |

## AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of U.S. Bank National Association, the mortgagee on the property located at 1500 Clearwater Drive, Wheeling, IL 60090, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtors acknowledge a default to U.S. Bank National Association of $1,307.45 through May 2018, after crediting the tender of payments made through May 8, 2018. The aforementioned default is calculated as follows:

| | |
|---|---:|
| February 2018 through May 2018 = 4 @ $882.07 | $3,528.28 |
| Less funds previously tendered | ($2,165.07) |
| Less funds in suspense | ($55.76) |
| Total default amount remaining | $1,307.45 |

The Debtors shall tender the following payments on or before the following dates:

| | | | |
|---|---|---|---:|
| On or before | June 1, 2018 | One post-petition mortgage payment + | $217.91 |
| On or before | July 1, 2018 | One post-petition mortgage payment + | $217.91 |
| On or before | August 1, 2018 | One post-petition mortgage payment + | $217.91 |
| On or before | September 1, 2018 | One post-petition mortgage payment + | $217.91 |
| On or before | October 1, 2018 | One post-petition mortgage payment + | $217.91 |
| On or before | November 1, 2018 | One post-petition mortgage payment + | $217.90 |

The current post petition mortgage payment is $882.07, and may change due to changes in adjustable interest rates or escrow requirements if applicable.

2. In the event the Debtors default in making the payments under paragraph 1, then the Debtors have no right to cure and the Stay shall automatically Modify to U.S. Bank National Association without further Court Order.

3. The aforesaid payments shall be made payable to U.S. Bank National Association and received in the office of U.S. Bank National Association's attorneys, McCalla Raymer Leibert Pierce, LLC, in the form of money orders, certified checks, or cashier's checks.

4. In the event the Stay is Modified to U.S. Bank National Association, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtors, the Debtors' attorney and the Trustee and file said notice with the Court.

Dated: **22 MAY 2018**

Entered: _____
Bankruptcy Judge A. Benjamin Goldgar

MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602

PA No. BK-008815-18