IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| BYRON GENSON, | ) | Case No.: 16-08131 |
| and | ) | |
| SHERI GENSON, | ) | Hon. Judge GOLDGAR |
| Debtors. | ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

    JUDGE:    GOLDGAR
    ROOM:    642
    DATE:    May 21, 2019
    TIME:    10:30 AM

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before April 27, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  April 27, 2019    /s/ Robert C. Bansfield Jr.
    Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Byron and Sheri Genson
1500 Clearwater Drive
Wheeling, IL 60090

U.S. Department of Housing and Urban Development
451 7th Street S.W.
Washington, DC 20410

Lexington of Wheeling
C/O Markoff Law LLC
29 N Wacker Dr., Suite 1010
Chicago, IL 60606

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Keynote Consulting
220 W Campus Dr Ste 102
Arlington Heights, IL 60004

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services
PO Box 19657
Irvine CA 92623-9657

Allianz Life
Stuart Lippman & Associates Inc
5447 E 5th Street Ste 110
Tucson, AZ 85711

Steven R Schubert, MD
Certified Services Inc.
PO Box 177
Waukegan, IL 60079

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Premier Bankcard, Llc
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Lakeside Villas Homeowners Association
c/o Kovitz Shifrin Nesbit
175 North Archer Avenue
Mundelein, IL 60060

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

U.S. Bank National Association
c/o U.S. Bank Home Mortgage, a division
4801 Frederica Street
Owensboro, Kentucky 42301

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 16-08131 |
| | ) | |
| **BYRON AND** | ) | Chapter 13 |
| **SHERI GENSON,** | ) | |
| | ) | |
| Debtors. | ) | Hon. Judge: GOLDGAR |

**MOTION TO MODIFY CHAPTER 13 PLAN**

NOW COMES the Debtors, **BYRON and SHERRI GENSON**, by and through their attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtors filed a petition for relief under Chapter 13 of Title 11 USC on March 9, 2016.

3) The current plan requires payments of $700.00, per month with General Unsecured Creditors receiving not less than 10% of allowed claims.

4) Debtors are currently in default on their plan payments because the payroll department for Mr. Genson has been inconsistent in sending in payroll deduction checks to the Trustee.

5) The payroll department issue has been fixed and they have been sending in payroll deduction checks consistently to the Trustee since December of 2018.

6) Debtors seek to modify their plan under 11 U.S.C. § 1329, increase their monthly payment in order for their Chapter 13 plan to complete in 60 months, and repay the current default over the remaining span of the plan. This will increase the monthly payment to $815.00 per month.

7) Debtors will be able to afford the increase in their monthly payments by decreasing their costs on various expenses.

8) The plan will complete within 60 months if the Debtor's motion is granted and unsecured creditors will still receive no less than 10% of their allowed claims.

9) Debtors request the above relief without any intent to defraud their creditors.

WHEREFORE, the Debtors, BYRON and SHERRI GENSON, pray that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr., A.R.D.C. #6329415
Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100