Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BYRON and SHERI GENSON,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-08131<br>(Jointly Administered)<br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Modify is GRANTED.

It is hereby ORDERED that:

1) The Debtors' Chapter 13 Plan default is deferred to end of their plan.

2) The Debtors' Chapter 13 Plan payments are increased to $815.00.

3) The Debtors' Chapter 13 Plan base shall remain the amount listed in their confirmed Chapter 13 Plan.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **2 1 MAY 2019**

**Prepared by:**
Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100