# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Byron J Genson | ) | Chapter 13 |
| Sheri L Genson | ) | Case No. 16 B 08131 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Byron J Genson
Sheri L Genson
1500 Clearwater Drive
Wheeling, IL 60090

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On November 19, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, November 9, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On March 09, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on August 09, 2016, for a term of 60 months with payments of $815.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 44 | $29,040.00 | $27,410.00 | $1,630.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/08/2019
Due Each Month: $815.00
Next Pymt Due: 11/08/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/29/2018 | 14151 | $350.00 | 10/29/2018 | 14151 | $350.00 |
| 12/24/2018 | 14166 | $700.00 | 01/04/2019 | 14170 | $700.00 |
| 02/20/2019 | 14179 | $350.00 | 03/08/2019 | 14185 | $350.00 |
| 03/22/2019 | 14191 | $700.00 | 06/03/2019 | 14200 | $700.00 |
| 06/03/2019 | 14201 | $115.00 | 07/11/2019 | 14213 | $815.00 |
| 08/19/2019 | 14222 | $815.00 | 09/18/2019 | 14228 | $815.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE